UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACOB K. BACKMAN,

          Plaintiff,

   v.

CLALLAM COUNTY CORRECTIONS CENTER,

          Defendant.

Case No. C24-5543-DGE-SKV

REPORT AND RECOMMENDATION

Plaintiff proceeds pro se in this 42 U.S.C. § 1983 civil rights case. On July 8, 2024, Plaintiff filed a motion to proceed *in forma pauperis* ("IFP") along with a proposed complaint. Dkt. 1. The Court granted Plaintiff's motion, Dkt. 3, and directed service of the complaint. Dkt. 5. On September 6, 2024, mail addressed to Plaintiff was returned to the Court as undeliverable. Dkt. 6.

Pursuant to Local Civil Rule 41(b)(2), Plaintiff is required to keep the Court and opposing parties advised as to his current address. "If mail directed to a pro se plaintiff by the clerk is returned by the Post Office, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute." Local CR 41(b)(2). In this case, more than sixty days have

REPORT AND RECOMMENDATION - 1

passed since the mail addressed to Plaintiff was returned by the Post Office as undeliverable on September 6, 2024.  Given Plaintiff's failure to keep the Court and Defendants apprised of his current mailing address, the Court recommends dismissal of this action without prejudice for failure to prosecute.  A proposed Order of Dismissal accompanies this Report and Recommendation

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed.  Responses to objections may be filed by **the day before the noting date**.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 9, 2024**.

Dated this 18th day of November, 2024.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge