UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACOB K. BACKMAN,

            Plaintiff,

v.

CLALLAM COUNTY CORRECTIONS CENTER,

            Defendant.

Case No. C24-5543-DGE-SKV

ORDER

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Magistrate Judge S. Kate Vaughan. (Dkt. No. 11.) The Court having considered the R&R and the remaining record *de novo*, and no objections having been filed, does hereby find and order as follows:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    This case is DISMISSED, without prejudice, for failure to update address pursuant to Local Rule of Civil Procedure 41(b)(2).

(3)    The Clerk shall send copies of this Order to the parties and to Judge Vaughan.

Dated this 10th day of December 2024.

                                              DAVID G. ESTUDILLO
                                              United States District Judge

ORDER - 1